IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00227-MSK-MJW

SANDRA GONZALES;
YVETTE QUINTANA;
GERALDINE BRADLEY;
TINA GURULE;
JUSTIN ARMIJO;
ELOY HERRERA;
SAMUEL VALDEZ;
DEBORAH RUGG;
LAURA WOLFF;
ANDY ROMERO;
ISAIAH SILVA;
ROBERT WOLFF;
APRIL DOMINGUEZ;
JACK CARL CLARK;
JULIANA RUIZ;
TANYA RUYBAL;
DENISE ORTIZ;
DESIDERIE ROMERO;
ROXANN MARTINEZ, individually and on behalf of others similarly situated,

   Plaintiffs,

v.

PESTER MARKETING COMPANY, an Iowa corporation; and
JACK PESTER, individually,

   Defendants.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN
EVIDENTIARY HEARINGS AND TRIALS**

---

   IT IS ORDERED that, as to any exhibits and depositions used during evidentiary

hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and

depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60

days beyond the later of the time to appeal or conclusion of any appellate proceedings. The

Court will retain its copy of the exhibits for the same time period after which the documents will

be destroyed.

DATED this 7th day of  February, 2011.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge