IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00227-MSK-MJW

SANDRA GONZALES;
YVETTE QUINTANA;
GERALDINE BRADLEY;
TINA GURULE;
JUSTIN ARMIJO;
ELOY HERRERA;
SAMUEL VALDEZ;
DEBORAH RUGG;
LAURA WOLFF;
ANDY ROMERO;
ISAIAH SILVA;
ROBERT WOLFF;
APRIL DOMINGUEZ;
JACK CARL CLARK;
JULIANA RUIZ;
TANYA RUYBAL;
DENISE ORTIZ;
DESIDERIE ROMERO;
ROXANN MARTINEZ, individually and on behalf of others similarly situated,

Plaintiff(s),

v.

PESTER MARKETING COMPANY, an Iowa corporation; and
JACK PESTER, individually,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 23) is GRANTED finding good cause shown. The written Protective Order (docket no. 23-1) is APPROVED as amended in paragraph 1 and made an Order of Court.

Date: May 12, 2011