**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**   11-cv-00227-MSK-MJW         FTR - Courtroom A-502

**Date:**   July 12, 2011                         Courtroom Deputy, Ellen E. Miller

    *Parties*                              *Counsel*

SANDRA GONZALES,                                J. Kyle Bachus
YVETTE QUINTANA,
GERALDINE BRADLEY,
TINA GURULE,
JUSTIN ARMIJO,
ELOY HERRERA,
SAMUEL VALDEZ,
DEBORAH RUGG,
LAURA WOLFF,
ANDY ROMERO,
ISAIAH SILVA,
ROBERT WOLFF,
APRIL DOMINGUEZ,
JACK CARL CLARK,
JULIANA RUIZ,
TANYA RUYBAL,
DESIDERIE ROMERO,
ROXANN MARTINEZ,
NICOLE VASQUEZ, and
MARTIN GRACIA,
individually and on behalf of others similarly situated,

    Plaintiff(s),

v.

PESTER MARKETING COMPANY,                       Steven W. Moore
an Iowa corporation,                            Jennifer L. Gokenbach

    Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING**:   **TELEPHONIC STATUS CONFERENCE**
**Court in Session:**   10:30 a.m.
Court calls case.  Telephonic appearances of counsel.

The parties have contacted the Court to discuss a resolution of the case through an agreed settlement that will require the parties to certify a collective action for settlement purposes only. Parties anticipate filing a joint motion to request court approval of the proposed settlement

agreement.

Parties request that discovery be stayed.

**It is ORDERED:**    The parties' JOINT ORAL MOTION TO STAY  DISCOVERY so that parties may file papers for approval of the settlement and the class is **GRANTED** for reasons as set forth on the record.
Parties shall file an appropriate motion for the settlement proposal and class proposal **on or before  AUGUST 12, 2011**.
All discovery is STAYED pending a decision by Judge Krieger, or until further order by the Court.

In light of the stay of discovery and  the parties having reached a tentative settlement in principle that needs court approval,

**It is ORDERED:**    Plaintiffs' MOTION AND MEMORANDUM IN SUPPORT OF CONDITIONAL CERTIFICATION AND JUDICIAL NOTICE [Docket No. **29**, Filed June 16, 2011] is **HELD IN ABEYANCE**.

Hearing concluded.
**Court in recess:**   10:42 a.m.
Total In-Court Time 00:12

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.