**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover                                                         Date: February 1, 2012
Court Reporter:     Paul Zuckerman

Civil Action No.  11-cv-00227-MSK-MJW

*Parties*:                                                                                                *Counsel Appearing:*

SANDRA GONZALES;                                                                       Kyle Bachus
YVETTE QUINTANA;
GERALDINE BRADLEY;
TINA GURULE;
JUSTIN ARMIJO;
ELOY HERRERA;
SAMUEL VALDEZ;
DEBORAH RUGG;
LAURA WOLFF;
ANDY ROMERO;
ISAIAH SILVA;
ROBERT WOLFF;
APRIL DOMINGUEZ;
JACK CARL CLARK;
JULIANA RUIZ;
TANYA RUYBAL;
DESIDERIE ROMERO;
ROXANN MARTINEZ,
NICOLE VASQUEZ; and
MARTIN GRACIA, individually and on behalf of others
similarly situated,

         Plaintiffs,

v.

PESTER MARKETING COMPANY, an Iowa corporation;     Jennifer Gokenbach
and
JACK PESTER, individually,

         Defendant.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

## COURTROOM MINUTES

HEARING:     Fairness

**10:47 a.m.**     **Court in session.**

The Court addresses status of the case.

**ORDER:**     The Joint Motion to Certify Class (**Doc. #55**) is **GRANTED**.  The plan notice was previously approved.

**10:52 a.m.**     **Court in recess.**

**Total Time:   5 minutes.**
**Hearing concluded.**